UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §  Case No. 11-41799-PSH
  §
ANDRZEJ KULACH  §
MARTA KULACH  §
  §
  §
 Debtor(s)  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 09/25/2012, in Courtroom 644, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  08/31/2012     By:  /s/ David P. Leibowitz
                                        (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST-Form 101-7-NFR (5/1/2011)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-41799-PSH |
| | § | |
| ANDRZEJ KULACH | § | |
| MARTA KULACH | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*      $2,247.00
*and approved disbursements of*      $494.11
*leaving a balance on hand of*[1] :      $1,752.89

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:      $0.00
Remaining balance:      $1,752.89

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $440.17 | $0.00 | $440.17 |
| David P. Leibowitz, Trustee Expenses | $6.05 | $0.00 | $6.05 |

Total to be paid for chapter 7 administrative expenses:      $446.22
Remaining balance:      $1,306.67

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:      $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|  | Remaining balance: | $1,306.67 |
|---|---|---|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $1,306.67 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $161,457.97 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $12,786.06 | $0.00 | $103.47 |
| 2 | Discover Bank | $14,036.68 | $0.00 | $113.60 |
| 3 | Capital Recovery IV LLC | $7,868.59 | $0.00 | $63.68 |
| 4 | Real Time Resolutions, Inc. | $70,657.43 | $0.00 | $571.83 |
| 5 | Midland Credit Management, Inc. | $2,358.92 | $0.00 | $19.09 |
| 6 | Midland Credit Management, Inc. | $16,011.25 | $0.00 | $129.58 |
| 7 | ASSET ACCEPTANCE LLC | $14,910.90 | $0.00 | $120.67 |
| 8 | Capital Recovery IV LLC | $9,002.61 | $0.00 | $72.86 |
| 9 | American Express Centurion Bank | $4,700.22 | $0.00 | $38.04 |
| 10 | American Express Bank, FSB | $5,046.51 | $0.00 | $40.84 |
| 11 | Elite Enterprise Services, LLC | $4,078.80 | $0.00 | $33.01 |

|  | Total to be paid to timely general unsecured claims: | $1,306.67 |
|---|---|---|
|  | Remaining balance: | $0.00 |

**UST-Form 101-7-NFR (5/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

```
                           United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                              Case No. 11-41799-PSH
Andrzej Kulach
Marta Kulach                                                        Chapter 7
        Debtors
                                  CERTIFICATE OF NOTICE
District/off: 0752-1           User: acox                    Page 1 of 3              Date Rcvd: Sep 04, 2012
                               Form ID: pdf006               Total Noticed: 60


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2012.
db/jdb       +Andrzej Kulach,   Marta Kulach,   6541 N. Normandy Avenue,   Chicago, IL 60631-1768
17924023     +ACB American, Inc.,   P.O. Box 2548,   Cincinnati, OH 45201-2500
17924024     +Accounts Receivable Management, Inc.,   P.O. Box 561,   Thorofare, NJ 08086-0561
17924025     +Advanced Vision Specialists,   7447 W. Talcott Avenue, Suite 406,   Chicago, IL 60631-3715
17924022     +Agnes Pogorzelski & Associates PC,   7443 W Irving Park Road Suite 1W,   Chicago, IL 60634-2168
17924026      American Express,   P.O. Box 981535,   El Paso, TX 79998-1535
18353865      American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
18341373      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17924027     +Apex Financial Management, LLC,   1120 W. Lake Cook Road, Suite A,   Buffalo Grove, IL 60089-1970
17924029     +Bank Of America Home Equity, N.A.,   Customer Service,   P.O. Box 26078,
               Greensboro, NC 27420-6078
17924030      Bank Of America Home Loans Servicing, LP,   Customer Service,   P.O. Box 5170,
               Simi Valley, CA 93062-5170
17924032      Bank Of America, N.A.,   P.O. Box 45224,   Jacksonville, FL 32232-5224
17924033    ++++CAC FINANCIAL CORP.,   2601 NW EXPRESSWAY STE 1000E,   OKLAHOMA CITY OK 73112-7236
             (address filed with court: CAC Financial Corp.,   2601 NW Expressway, Suite 1000 East,
               Oklahoma City, OK 73112)
17924035      Chase,   Cardmember Services,   P.O. Box 15298,   Wilmington, DE 19850-5298
17924036     +Chase Home Finance,   Attn.: Department G7-PP,   3415 Vision Drive,   Columbus, OH 43219-6009
17924037      Citi Dividend Platinum Select Card,   P.O. Box 6000,   The Lakes, NV 89163-6000
17924038     +Client Services, Inc.,   3451 Harry Truman Blvd.,   St. Charles, MO 63301-9816
17924039     +Contemporary Care For Women,   116 Euclid Avenue,   Park Ridge, IL 60068-4217
17924040      Diagnostic Imaging Assoc.,   P.O. Box 68,   Northbrook, IL 60065-0068
18407449     +Elite Enterprise Services, LLC,   PO Box 134,   Worcester, MA 01613-0134
17924042     +Financial Asset Management Systems, Inc.,   P.O. Box 451409,   Atlanta, GA 31145-9409
17924044     +Firstsource Advantage, LLC,   105 Bryant Woods South,   Amherst, NY 14228
17924045     +Firstsource Financial Solutions, LLC,   7650 Magna Drive,   Belleville, IL 62223-3366
17924047     +Home Depot Credit Services,   P.O. Box 689100,   Des Moines, IA 50368
17924049      Illinois Collection Service, Inc.,   P.O. Box 1010,   Tinley Park, IL 60477-9110
17924020     +Kulach Andrzej,   6541 N Normandy Avenue,   Chicago, IL 60631-1768
17924021     +Kulach Marta,   6541 N Normandy Avenue,   Chicago, IL 60631-1768
17924053     +National Action Financial Services, Inc.,   165 Lawrence Bell Drive, Suite 100,
               Williamsville, NY 14221-7900
17924055     +Northland Group, Inc.,   P.O. Box 390846,   Minneapolis, MN 55439-0846
17924056     +Northwest Community Hospital,   800 W. Central Road,   Arlington Heights, IL 60005-2392
17924057     +Northwest Radiology Associates, S.C.,   520 E. 22nd Street,   Lombard, IL 60148-6110
17924059     +Pierce & Associates, P.C.,   1 N. Dearborn Street, Suite 1300,   Chicago, IL 60602-4373
17924058     +Pierce & Associates, P.C.,   1 North Dearborn Street, Suite 1300,   Chicago, IL 60602-4373
17924060     +Quest Diagnostics,   Patient Billing,   1355 Mittel Blvd.,   Wood Dale, IL 60191-1024
17924065     +RMC Emergency Physicians,   520 E. 22nd Street,   Lombard, IL 60148-6110
17924062     #+Redline Recovery Services, LLC,   11675 Rainwater Drive, Suite 350,   Alpharetta, GA 30009-8693
17924063     +Resurgence Capital, LLC,   1161 Lake Cook Road, Suite E,   Deerfield, IL 60015-5277
17924064      Resurrection Medical Center,   P.O. Box 220281,   Chicago, IL 60622-0281
17924067     +Scott D. Glazer, MD,   600 W. Lake Cook Road, Suite 110,   Buffalo Grove, IL 60089-2085
17924068      Sears Gold Card,   P.O. Box 6282,   Sioux Falls, SD 57117-6282
17924069     +United Collection Bureau, Inc.,   5620 Southwyck Blvd., Suite 206,   Toledo, OH 43614-1501
17924071     +Vision Financial Corp.,   P.O. Box 460260,   St. Louis, MO 63146-7260

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18301914     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Sep 05 2012 02:09:26    ASSET ACCEPTANCE LLC,
               assignee Citibank (SD), NA,   PO BOX 2036,   WARREN, MI 48090-2036
17924028     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Sep 05 2012 02:09:26    Asset Acceptance, LLC,
               P.O. Box 2036,   Warren, MI 48090-2036
19343304     +E-mail/Text: bnc@atlasacq.com Sep 05 2012 02:17:08    Atlas Acquisitions LLC,   294 Union St.,
               Hackensack, NJ 07601-4303
17924034     +E-mail/Text: cms-bk@cms-collect.com Sep 05 2012 03:07:13    Capital Management Services, L.P.,
               726 Exchange Street, Suite 700,   Buffalo, NY 14210-1464
18132186      E-mail/PDF: rmscedi@recoverycorp.com Sep 05 2012 03:37:31    Capital Recovery IV LLC,
               c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
17924041      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 05 2012 03:20:25    Discover Card,
               P.O. Box 30395,   Salt Lake City, UT 84130-0395
18095998      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 05 2012 03:20:25    Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
17924043     +E-mail/Text: data_processing@fin-rec.com Sep 05 2012 03:07:08
               Financial Recovery Services, Inc.,   P.O. Box 385908,   Minneapolis, MN 55438-5908
17924048     +E-mail/Text: Bankruptcy@icsystem.com Sep 05 2012 03:14:03    I.C. System, Inc.,   P.O. Box 64378,
               444 Highway 96 East,   St. Paul, MN 55127-2557
17924051     +E-mail/Text: tjordan@mcscol.com Sep 05 2012 02:13:35    MCS Collections, Inc.,
               725 S. Wells Street, Suite 501,   Chicago, IL 60607-4516
17924050     +E-mail/Text: MVCIBL@VACATIONCLUB.COM Sep 05 2012 03:12:48    Marriott Vacation Club,
               P.O. Box 8038,   Lakeland, FL 33802-8038
18267265     +E-mail/Text: bankruptcydpt@mcmcg.com Sep 05 2012 02:09:41    Midland Credit Management, Inc.,
               8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
```

```
District/off: 0752-1           User: acox                  Page 2 of 3                  Date Rcvd: Sep 04, 2012
                               Form ID: pdf006             Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
17924052     +E-mail/Text: bankruptcydpt@mcmcg.com Sep 05 2012 02:09:41      Midland Credit Management, Inc.,
              8875 Aero Drive,    San Diego, CA 92123-2255
17924054     +E-mail/Text: bankruptcydepartment@ncogroup.com Sep 05 2012 03:58:55
              NCO Financial Systems, Inc.,    507 Prudential Road,   Horsham, PA 19044-2368
18156189      E-mail/Text: bkdepartment@rtresolutions.com Sep 05 2012 04:01:18      Real Time Resolutions, Inc.,
              1750 Regal Row, Suite 120,    P.O. Box 36655,   Dallas, Tx 75235
17924061     +E-mail/Text: bkdepartment@rtresolutions.com Sep 05 2012 04:01:18      Real Time Resolutions, Inc.,
              P.O. Box 35888,    Dallas, TX 75235-0888
17924066     +E-mail/PDF: gecsedi@recoverycorp.com Sep 05 2012 03:37:29      Sam's Club / GE Money Bank,
              Attn.: Bankruptcy Department,    P.O. Box 103104,   Roswell, GA 30076-9104
17924070     +E-mail/Text: bpeterson@vikingservice.com Sep 05 2012 02:15:18      Viking Collection Service, Inc.,
              7500 Office Ridge Circle,    Eden Prairie, MN 55344-3783
                                                                                              TOTAL: 18

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17924031*    +Bank Of America Home Loans Servicing, LP,   Customer Service,   P.O. Box 5170,
              Simi Valley, CA 93062-5170
17924046    ##+FMA Alliance, Ltd.,   11811 N. Freeway, Suite 900,   Houston, TX 77060-3292
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 06, 2012**                    **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: acox                  Page 3 of 3                  Date Rcvd: Sep 04, 2012
                              Form ID: pdf006             Total Noticed: 60
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2012 at the address(es) listed below:
              Agnes   Pogorzelski    on behalf of Debtor Andrzej Kulach pogorzelski.law@gmail.com
              David P Leibowitz    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3