**UNITED STATES BANKRUPTCY COURT1
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-41799-PSH |
| | § | |
| ANDRZEJ KULACH | § | |
| MARTA KULACH | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $340,802.40 | Assets Exempt: | $44,202.27 |
| Total Distributions to Claimants: | $1,306.67 | Claims Discharged Without Payment: | $558,834.77 |
| Total Expenses of Administration: | $453.99 | | |

3) Total gross receipts of $2,247.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $486.34 (see **Exhibit 2**), yielded net receipts of $1,760.66 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $325,977.96 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $453.99 | $453.99 | $453.99 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $455,725.53 | $161,457.97 | $161,457.97 | $1,306.67 |
| **Total Disbursements** | $781,703.49 | $161,911.96 | $161,911.96 | $1,760.66 |

4). This case was originally filed under chapter 7 on 10/13/2011. The case was pending for 14 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/17/2012           By:    /s/ David P. Leibowitz
                                   Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Tax Refund | 1224-000 | $2,247.00 |
| **TOTAL GROSS RECEIPTS** | | $2,247.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Andrzej Kulach | Exemptions | 8100-002 | $486.34 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $486.34 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Home Equity, N.A. | 4110-000 | $128,872.45 | NA | $0.00 | $0.00 |
| | Bank Of America, N.A. | 4110-000 | $11,952.40 | NA | $0.00 | $0.00 |
| | Chase Home Finance | 4110-000 | $185,153.11 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $325,977.96 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $440.17 | $440.17 | $440.17 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $6.05 | $6.05 | $6.05 |
| Green Bank | 2600-000 | NA | $7.77 | $7.77 | $7.77 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $453.99 | $453.99 | $453.99 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | $10,418.65 | $12,786.06 | $12,786.06 | $103.47 |
| 2 | Discover Bank | 7100-000 | $14,036.68 | $14,036.68 | $14,036.68 | $113.60 |
| 3 | Capital Recovery IV LLC | 7100-000 | NA | $7,868.59 | $7,868.59 | $63.68 |
| 4 | Real Time Resolutions, Inc. | 7100-000 | NA | $70,657.43 | $70,657.43 | $571.83 |
| 5 | Midland Credit Management, Inc. | 7100-000 | NA | $2,358.92 | $2,358.92 | $19.09 |
| 6 | Midland Credit Management, Inc. | 7100-000 | NA | $16,011.25 | $16,011.25 | $129.58 |
| 7 | ASSET ACCEPTANCE LLC | 7100-000 | $13,837.39 | $14,910.90 | $14,910.90 | $120.67 |
| 8 | Capital Recovery IV LLC | 7100-000 | $9,002.61 | $9,002.61 | $9,002.61 | $72.86 |
| 9 | American Express Centurion Bank | 7100-000 | $4,700.22 | $4,700.22 | $4,700.22 | $38.04 |
| 10 | American Express Bank, FSB | 7100-000 | $5,046.51 | $5,046.51 | $5,046.51 | $40.84 |
| 11 | Elite Enterprise Services, LLC | 7100-000 | NA | $4,078.80 | $4,078.80 | $33.01 |
|  | Advanced Vision Specialists | 7100-000 | $315.40 | NA | NA | $0.00 |
|  | Bank Of America Home Loans Servicing, LP | 7100-000 | $70,179.21 | NA | NA | $0.00 |
|  | Bank Of America Home Loans Servicing, LP | 7100-000 | $276,296.42 | NA | NA | $0.00 |
|  | Chase | 7100-000 | $5,169.98 | NA | NA | $0.00 |
|  | Chase | 7100-000 | $15,790.81 | NA | NA | $0.00 |
|  | Citi Dividend Platinum Select Card | 7100-000 | $10,024.24 | NA | NA | $0.00 |
|  | Contemporary Care For Women | 7100-000 | $98.09 | NA | NA | $0.00 |
|  | Diagnostic Imaging Assoc. | 7100-000 | $576.00 | NA | NA | $0.00 |
|  | Home Depot Credit Services | 7100-000 | $8,401.81 | NA | NA | $0.00 |
|  | Illinois Collection Service, Inc. | 7100-000 | $553.72 | NA | NA | $0.00 |
|  | Illinois Collection Service, Inc. | 7100-000 | $159.69 | NA | NA | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Northwest Community Hospital | 7100-000 | $3,296.00 | NA | NA | $0.00 |
| | Northwest Community Hospital | 7100-000 | $73.00 | NA | NA | $0.00 |
| | Northwest Radiology Associates, S.C. | 7100-000 | $429.00 | NA | NA | $0.00 |
| | Quest Diagnostics | 7100-000 | $138.85 | NA | NA | $0.00 |
| | Resurrection Medical Center | 7100-000 | $553.72 | NA | NA | $0.00 |
| | RMC Emergency Physicians | 7100-000 | $553.00 | NA | NA | $0.00 |
| | Sam's Club / GE Money Bank | 7100-000 | $3,545.30 | NA | NA | $0.00 |
| | Scott D. Glazer, MD | 7100-000 | $213.00 | NA | NA | $0.00 |
| | Sears Gold Card | 7100-000 | $2,316.23 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $455,725.53 | $161,457.97 | $161,457.97 | $1,306.67 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1

Exhibit 8

| | | |
|---|---|---|
| **Case No.:** | 11-41799-PSH | |
| **Case Name:** | KULACH, ANDRZEJ AND KULACH, MARTA | |
| **For the Period Ending:** | 12/17/2012 | |

| | | |
|---|---|---|
| **Trustee Name:** | David Leibowitz | |
| **Date Filed (f) or Converted (c):** | 10/13/2011 (f) | |
| **§341(a) Meeting Date:** | 11/15/2011 | |
| **Claims Bar Date:** | 02/21/2012 | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| 1 | 2-flat house located at 6541 N. Normandy Avenue, Chicago, Illinois | $359,400.00 | $15,374.44 | | $0.00 | FA |
| 2 | Cash on hand | $40.00 | $0.00 | | $0.00 | FA |
| 3 | Checking account at Bank of America | $54.67 | $0.00 | | $0.00 | FA |
| 4 | Checking account at Bank of America | $0.00 | $0.00 | | $0.00 | FA |
| 5 | Household goods, TV, radio, DVD player, bed, sofa, table, chairs, etc. | $850.00 | $0.00 | | $0.00 | FA |
| 6 | Personal wearing apparel | $350.00 | $0.00 | | $0.00 | FA |
| 7 | 30-year term life insurance at Transamerica Occidental Life for $300000 | $0.00 | $300,000.00 | | $0.00 | FA |
| 8 | 500 stocks in Design DeFlores | $500.00 | $0.00 | | $0.00 | FA |
| 9 | 2000 Ford F150 Supercab Short Bed (rebuilt) | $2,650.00 | $0.00 | | $0.00 | FA |
| 10 | 2003 Ford Explorer | $6,020.00 | $0.00 | | $0.00 | FA |
| 11 | 2006 RV trailer Javco | $13,640.00 | $10,452.40 | | $0.00 | FA |
| 12 | Tools of trade | $1,500.00 | $1,500.00 | | $0.00 | FA |
| 13 | Tax Refund (u) | $0.00 | $2,247.00 | | $2,247.00 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

       $385,004.67        $329,573.84        $2,247.00        $0.00

**Major Activities affecting case closing:**
Tax Refund.
Request for status from IRS RE Tax Refund.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 05/30/2013 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 05/30/2013 | DAVID LEIBOWITZ |

| Case No. | 11-41799-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KULACH, ANDRZEJ AND KULACH, MARTA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9221 | Checking Acct #: | ******9901 |
| Co-Debtor Taxpayer ID #: | ******9222 | Account Title: | |
| For Period Beginning: | 10/14/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/17/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/09/2012 | (13) | United States Treasury | Tax Refund | 1224-000 | $2,247.00 | | $2,247.00 |
| 05/14/2012 | 3001 | Andrzej Kulach | Entitled Portion of the tax refund. | 8100-002 | | $486.34 | $1,760.66 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.20 | $1,758.46 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.83 | $1,755.63 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.74 | $1,752.89 |
| 10/01/2012 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $440.17 | $1,312.72 |
| 10/01/2012 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $6.05 | $1,306.67 |
| 10/01/2012 | 3004 | Discover Bank | Claim #: 1; Amount Claimed: 12,786.06; Amount Allowed: 12,786.06; Distribution Dividend: 0.81; | 7100-000 | | $103.47 | $1,203.20 |
| 10/01/2012 | 3005 | Discover Bank | Claim #: 2; Amount Claimed: 14,036.68; Amount Allowed: 14,036.68; Distribution Dividend: 0.81; | 7100-000 | | $113.60 | $1,089.60 |
| 10/01/2012 | 3006 | Capital Recovery IV LLC | Claim #: 3; Amount Claimed: 7,868.59; Amount Allowed: 7,868.59; Distribution Dividend: 0.81; | 7100-000 | | $63.68 | $1,025.92 |
| 10/01/2012 | 3007 | Real Time Resolutions, Inc. | Claim #: 4; Amount Claimed: 70,657.43; Amount Allowed: 70,657.43; Distribution Dividend: 0.81; | 7100-000 | | $571.83 | $454.09 |
| 10/01/2012 | 3008 | Midland Credit Management, Inc. | Claim #: 5; Amount Claimed: 2,358.92; Amount Allowed: 2,358.92; Distribution Dividend: 0.81; | 7100-000 | | $19.09 | $435.00 |
| 10/01/2012 | 3009 | Midland Credit Management, Inc. | Claim #: 6; Amount Claimed: 16,011.25; Amount Allowed: 16,011.25; Distribution Dividend: 0.81; | 7100-000 | | $129.58 | $305.42 |
| 10/01/2012 | 3010 | ASSET ACCEPTANCE LLC | Claim #: 7; Amount Claimed: 14,910.90; Amount Allowed: 14,910.90; Distribution Dividend: 0.81; | 7100-000 | | $120.67 | $184.75 |
| 10/01/2012 | 3011 | Capital Recovery IV LLC | Claim #: 8; Amount Claimed: 9,002.61; Amount Allowed: 9,002.61; Distribution Dividend: 0.81; | 7100-000 | | $72.86 | $111.89 |
| 10/01/2012 | 3012 | American Express Centurion Bank | Claim #: 9; Amount Claimed: 4,700.22; Amount Allowed: 4,700.22; Distribution Dividend: 0.81; | 7100-000 | | $38.04 | $73.85 |
| 10/01/2012 | 3013 | American Express Bank, FSB | Claim #: 10; Amount Claimed: 5,046.51; Amount Allowed: 5,046.51; Distribution Dividend: 0.81; | 7100-000 | | $40.84 | $33.01 |
| 10/01/2012 | 3014 | Elite Enterprise Services, LLC | Claim #: 11; Amount Claimed: 4,078.80; Amount Allowed: 4,078.80; Distribution Dividend: 0.81; | 7100-000 | | $33.01 | $0.00 |

| | | | | SUBTOTALS | $2,247.00 | $2,247.00 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-41799-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KULACH, ANDRZEJ AND KULACH, MARTA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9221 | Checking Acct #: | ******9901 |
| Co-Debtor Taxpayer ID #: | ******9222 | Account Title: | |
| For Period Beginning: | 10/14/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/17/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | TOTALS: | | $2,247.00 | $2,247.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $2,247.00 | $2,247.00 | |
| | | | Less: Payments to debtors | | $0.00 | $486.34 | |
| | | | Net | | $2,247.00 | $1,760.66 | |

**For the period of 10/14/2011 to 12/17/2012**

| | |
|---|---|
| Total Compensable Receipts: | $2,247.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,247.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,760.66 |
| Total Non-Compensable Disbursements: | $486.34 |
| Total Comp/Non Comp Disbursements: | $2,247.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/09/2012 to 12/17/2012**

| | |
|---|---|
| Total Compensable Receipts: | $2,247.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,247.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,760.66 |
| Total Non-Compensable Disbursements: | $486.34 |
| Total Comp/Non Comp Disbursements: | $2,247.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-41799-PSH | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | KULACH, ANDRZEJ AND KULACH, MARTA | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9221 | | Checking Acct #: | ******9901 |
| Co-Debtor Taxpayer ID #: | ******9222 | | Account Title: | |
| For Period Beginning: | 10/14/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/17/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $2,247.00 | $2,247.00 | $0.00 |

**For the period of 10/14/2011 to 12/17/2012**

| | |
|---|---:|
| Total Compensable Receipts: | $2,247.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,247.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,760.66 |
| Total Non-Compensable Disbursements: | $486.34 |
| Total Comp/Non Comp Disbursements: | $2,247.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/13/2011 to 12/17/2012**

| | |
|---|---:|
| Total Compensable Receipts: | $2,247.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,247.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,760.66 |
| Total Non-Compensable Disbursements: | $486.34 |
| Total Comp/Non Comp Disbursements: | $2,247.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ